UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOCELYN BURCH<br>Plaintiff | CIVIL ACTION |
| v. | NO: 2019-cv-00099 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>Defendant | SECTION: S (2) |

## ORDER GRANTING EX PARTE MOTION
## FOR DISMISSAL WITHOUT PREJUDICE

ON THIS day, this Court considered the ex parte motion of Plaintiff Jocelyn Burch to dismiss all claims against Defendant Life Insurance Company of North America without prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Jocelyn Burch's Motion to Dismiss all claims against Defendant Life Insurance Company of North America without prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITHOUT PREJUDICE.**

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

**SIGNED** this 28th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE